UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NELSON,
                       Plaintiff,

-v-

RCSH OPERATIONS, LLC, *et al.*,
                       Defendants.

20-CV-2214 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case, and that upon the finalization of the settlement Plaintiff does not intend to continue this action against the non-appearing defendant.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.  The Clerk of Court is directed to close the motion at Docket Number 12 and to close this case.

    SO ORDERED.

Dated: June 22, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge